UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY VIDEO OR
                                                   TELE CONFERENCE**

                    -against-
                                                      **-CR-    ( )( )**

                                                      21 mag 2358

Marcelo Marin Vargas
                              Defendant(s).
-----------------------------------------------------------------X

Defendant ___Marcelo Marin Vargas_____ hereby voluntarily consents to
participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

_x_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

                              (Mr. Marin Vargas authorized Benjamin Gold to
                              electronically sign his name to this form)

*Marcelo Marin Vargas*                         Bon G
_____                _____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Marcelo Marin Vargas                           Benjamin Gold
_____                _____
Print Defendant's Name                         Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 3/2/2021                                       Judith C. McCarthy
_____                        _____
Date                                           U.S. District Judge/U.S. Magistrate Judge